1
2
3
4
5
6

7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  PATRICK MICK,

11              Plaintiff,

12      v.

13  SEASPAN CORPORATION, et al.,

14              Defendants.

CASE NO. C20-1201JLR

ORDER TO SHOW CAUSE

15  On August 7, 2020, Plaintiff Patrick Mick filed this action for personal injuries he

16  suffered while working as a longshoreman on a vessel he alleges was managed and

17  operated by Defendants Seaspan Corporation and Seaspan Ship Management Ltd.

18  (collectively, "Defendants"). (Compl. (Dkt. # 1).) He amended his complaint on January

19  1, 2021. (Am. Compl. (Dkt. # 12).) On July 28, 2021, after following Hague Convention

20  procedures to serve Defendants in Hong Kong, Mr. Mick filed an affidavit of service.

21  (*See* OSC Resp. (Dkt. # 17); Aff. (Dkt. # 18) (noting that Mr. Mick had served

22

ORDER - 1

1 | Defendants on June 1, 2021).)  Counsel for Defendants appeared in this matter on August
2 | 12, 2021.  (8/12/21 Not. (Dkt. # 19).)
3 |      Nearly seventeen months have now passed since counsel for Defendants appeared
4 | in this action.  Nevertheless, Defendants have not answered the amended complaint, and
5 | Mr. Mick has not moved for default.  (*See generally* Dkt.)  Accordingly, the court
6 | ORDERS Mr. Mick to SHOW CAUSE why this case should not be dismissed for failure
7 | to prosecute.  *See* Fed. R. Civ. P. 41(b) (authorizing dismissal with prejudice for failure to
8 | prosecute); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (noting that a
9 | district court has "inherent power sua sponte to dismiss a case for lack of prosecution").
10 | Mr. Mick must respond to this show cause order by **January 20, 2023**.  Failure to timely
11 | respond to this order to show cause may result in the dismissal of this action with
12 | prejudice.  *See Henderson*, 779 F.2d at 1423 (discussing factors that the court considers
13 | in determining whether to dismiss for failure to prosecute).
14 |      Dated this 10th day of January, 2023.

                           JAMES L. ROBART
                           United States District Judge