UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Patrick Mick, | § § § § § § § § § § § § | CASE NO. 2:20-cv-01201-JLR |
| *Plaintiff,* | | |
| vs. | | ~~PROPOSED~~ ORDER ON THE PARTIES' JOINT MOTION TO EXTEND EXPERT DEADLINE |
| Seaspan Corporation and Seaspan Ship Management Ltd., | | |
| *Defendants.* | | |

_____

**ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND EXPERT DEADLINE**
_____

On this day came before the Court the Parties' Joint Motion to Extend Expert Deadline (the "Motion"). Having read and considered the Motion, the Court is of the opinion that it has merit and should be granted. It is, therefore, ordered that the expert deadline contained in ECF No. 24 is amended as follows:

- Disclosure of Expert Testimony Under FRCP 26(a)(2) extended from March 1, 2023 to March 31, 2023.

Signed this 21st day of February, 2023.

_____
Hon. James L. Robart
District Judge